UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 19 078 WES |
| v. | |
| SCOTT P. HICKEY | In violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) |

INDICTMENT

FILED
JUL 11 2019
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

The Grand Jury charges that:

## COUNT 1

On or about a date unknown to the Grand Jury but not later than February 22, 2015 through February 27, 2015, in the District of Rhode Island, the defendant,

SCOTT P. HICKEY

did knowingly possess, and access with intent to view, one or more matters which contained a visual depiction, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

## FORFEITURE ALLEGATION

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant SCOTT P. HICKEY, that in the event the defendant is convicted of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all property, real or personal, used or intended to be used to commit or facilitate the commission of the offense of conviction.

A TRUE BILL:

REDACTED

AARON L. WEISMAN
United States Attorney

_____
SANDRA R. HEBERT
Assistant U.S. Attorney
Deputy Criminal Chief

_____
TERRENCE P. DONNELLY
Assistant U.S. Attorney

Date: 7/11/2019